NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NANCY JO GRANT,                              )
                                             )
            Appellant,                       )
                                             )
v.                                           )     Case No. 2D17-2698
                                             )
GREEN TREE SERVICING, LLC, a                 )
foreign limited liability company,           )
                                             )
            Appellee.                        )
                                             )
_____  )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for DeSoto
County; Kimberly Carlton Bonner, Judge.

Nancy Jo Grant, pro se.

Michael Ruff of Timothy D. Padgett, P.A.,
Tallahassee, for Appellee.


PER CURIAM.

            Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.